# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| PATRICK PLUMLEY, Individually and On Behalf of All Others Similarly Situated, )<br>)<br>) | |
| Plaintiff, ) | Case No. 1:20-cv-00858-MN |
| ) | |
| v. ) | |
| ) | |
| RESTORBIO, INC., JEFFREY A. CHODAKEWITZ, PAUL FONTEYNE, MICHAEL GRISSINGER, CHEN SCHOR, JONATHAN SILVERSTEIN, DAVID STEINBERG, LYNNE SULLIVAN, ADICET BIO, INC., and PROJECT OASIS MERGER SUB, INC., )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| ) | |
| Defendants. ) | |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified in the Action

Dated: August 27, 2020                                            **RIGRODSKY & LONG, P.A.**

                                                                               By: */s/ Brian D. Long*
                                                                                    Brian D. Long (#4347)
**OF COUNSEL:**                                               Gina M. Serra (#5387)
                                                                                    300 Delaware Avenue, Suite 210
**RM LAW, P.C.**                                              Wilmington, DE 19801
Richard A. Maniskas                                  Telephone: (302) 295-5310
1055 Westlakes Drive, Suite 300              Facsimile: (302) 654-7530
Berwyn, PA 19312                                      Email: bdl@rl-legal.com
Telephone: (484) 324-6800                       Email: gms@rl-legal.com
Facsimile: (484) 631-1305
Email: rm@maniskas.com                           *Attorneys for Plaintiff*